# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEONARDO CASTILLO SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-05629-KES-EPG-HC<br><br>ORDER VACATING ORDER TO RESPOND AND BRIEFING SCHEDULE<br><br>(ECF No. 7) |

On July 2-, 2026, Petitioner filed a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On July 22, 2026, the Court issued an order for Respondent to file a response to the petition and setting a briefing schedule. (ECF No. 7.) On August 3, 2026, Petitioner filed a motion for temporary restraining order. (ECF No. 10.) The assigned district judge set a briefing schedule and indicated that the Court intends to rule directly on the petition. (ECF No. 12.)

Accordingly, the Court HEREBY VACATES the July 22, 2026 order to respond and briefing schedule (ECF No. 7).

IT IS SO ORDERED.

Dated: **August 5, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE